# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHERRY S. HUDSON,

        Plaintiff,

v.                                                  Case No. 07-C-0514

MICHAEL J. ASTRUE,

        Defendant.

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, Sherry S. Hudson, who is proceeding pro se, lodged a complaint against the Commissioner of the Social Security Administration. Plaintiff seeks review of the Commissioner's final decision denying her Supplemental Security Income benefits. Before the court is plaintiff's petition for leave to proceed in forma pauperis.

A district court may authorize a plaintiff to proceed in forma pauperis, meaning that the plaintiff does not have to prepay the $350 filing fee to commence the lawsuit, if the person submits an affidavit setting forth the assets the person possesses, indicating that the person is unable to pay the fees, and stating the person's belief that she is entitled to redress. 28 U.S.C. § 1915(a).

Plaintiff has filed such an affidavit. She states she is unemployed but receives income each month totaling $628. She has no bank accounts and owns no automobile or other valuable property. She cares for a twelve-year-old child and incurs monthly expenses for rent, utilities, food, and clothing totaling $600 per month.

Based on plaintiffs's affidavit, the court is satisfied that she meets the requirements for proceeding in forma pauperis in this case. Therefore,

**IT IS ORDERED** that plaintiff's petition for leave to proceed in forma pauperis is **granted**.

Plaintiff is hereby notified that, from now on, she is required, under Fed. R. Civ. P. 5(a), to send a copy of every paper or document filed with the court to the opposing parties or their attorney(s). Plaintiff should also retain a personal copy of each document. The court may disregard any papers or documents that do not indicate that a copy has been sent to each defendant or to their attorney(s).

Plaintiff is further advised that failure to make a timely submission may result in the dismissal of this action for failure to prosecute.

In addition, plaintiff must notify the clerk of court's office of any change of address. Failure to do so could result in orders or other information not being timely delivered.

Dated at Milwaukee, Wisconsin, this 29th day of June, 2007.

BY THE COURT:

s/Charles N. Clevert, Jr.
C. N. CLEVERT, JR.
United States District Judge

2

Case 2:07-cv-00514-CNC   Filed 06/29/07   Page 2 of 2   Document 4